FILED & JUDGMENT ENTERED
David E. Weich

Jun 26 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Wilkesboro Division

```
In re:                              )
                                    )   Case No. 05-51264
CARROL WALL WALKER,                 )   Chapter 7
                                    )
            Debtor.                 )
_____)
                                    )
SHDHIR HASALIA and                  )   Adversary Proceeding
PHETH K. THADAVONG,                 )   No. 05-5023
                                    )
            Plaintiffs,             )
v.                                  )
                                    )
CARROL WALL WALKER,                 )
F/D/B/A CARROL WALKER               )
& COMPANY,                          )
                                    )
            Defendant.              )
_____)
```

**JUDGMENT OF NONDISCHARGEABILITY**

Based upon the Memorandum Opinion entered by this Court simultaneously herewith:

The Judgment rendered by the Superior Court of Mecklenburg County, North Carolina on the 6th day of June, 2005, in favor of Plaintiffs Shdhir Hasalia and Pheth K.

Thadavong and against the Defendent/Debtor Carrol Wall Walker, f/d/b/a Carrol Walker & Company, Case No. 04 CVS 7773, JMTOO1 in Mecklenburg County, and in the amount of $60,000 plus Plaintiffs' costs is deemed nondischargeable in bankruptcy.

**SO ORDERED.**

**This Order has been signed electronically.    United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.**